ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

| | 2003

CLERK
By

EF PRODUCTS, INC.

    Plaintiff,

v.

INTERDYNAMICS, INC.

    Defendant.

Case No.: 3-03CV1379-M

## MOTION OF DEFENDANT INTERDYNAMICS, INC. TO DISMISS
## EF PRODUCTS INC.'S UNFAIR COMPETITION AND FRAUD CLAIMS

Defendant Interdynamics, Inc. ("Interdynamics") respectfully moves this Court to dismiss Counts I and III of EF Products, Inc.'s First Amended Complaint on the grounds that: (i) Count I fails to state a claim for unfair competition under Texas law; (ii) Count III fails to state a claim for fraud under Texas law; and (iii) Count III fails to meet the requirements of Fed. R. Civ. P. 9(b) for pleading fraud with particularity. In support of this Motion, Interdynamics submits the accompanying Memorandum Of Defendant Interdynamics, Inc. In Support Of Its Motion To Dismiss EF Products Inc.'s Unfair Competition And Fraud Claims which sets forth the detailed bases for this motion.

Date:  August 11, 2003          Respectfully submitted,

**WINSTEAD SECHREST & MINICK, P.C.**
5400 Renaissance Tower
Suite 5400
1201 Elm Street
Dallas, Texas 75270
(214) 745-5400

By: _____
Diane K. Lettelleir
State Bar No. 12241525

*Of counsel:*

Clifford E. Wilkins, Jr.
Michael E. Stimson
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4800

*Attorneys for Defendant
Interdynamics, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION OF DEFENDANT INTERDYNAMICS, INC. TO DISMISS EF PRODUCTS INC.'S UNFAIR COMPETITION AND FRAUD CLAIMS was served by First Class Mail on the following:

| | |
|---|---|
| Eric B. Meyertons<br>Dwayne K. Goetzel<br>Meyertons, Hood, Kivlin, Kowers &<br>Goetzel, P.C.<br>700 Lavaca Street, Suite 800<br>Austin, Texas 78701<br>Tel:   (512) 853-8800<br>Fax:   (512) 853-8801 | Jennifer L. Owen<br>Higier Lautin Foxman McKinney &<br>Owen, P.C.<br>15851 Dallas Parkway, Suite 1001<br>Addison, Texas 75001<br>Tel:   (972) 716-1888<br>Fax:   (972) 716-1899 |

this 11th day of August, 2003

_____
Diane K. Lettelleir